IDA LEBOLT, Respondent, *v.* MORRIS LEBOLT, Appellant.

Argued April 19, 1945; decided May 24, 1945.

*Edward H. Moglin, Albert E. Schwartz* and *Alexander Roth-stein* for appellant.

*Joseph Schottland* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.